AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| | ) |
| ADOLFO NIMROD HERNANDEZ RAMOS | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

✓ ___ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

2:46 pm, Aug 20 2025

AT  BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____DG_____Deputy

Case No.   1:25-mj-02052-DRM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ June 6, 2025 _____ in the county of _____ Baltimore _____ in the
_____ District of _____ Maryland _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 111 | Assaulting, resisting, or impeding certain officers |

This criminal complaint is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

*Jeffrey J. Nugent*
_____
*Complainant's signature*

Jeffrey J. Nugent, Special Agent, DHS
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  August 14, 2025
_____

_____
*Judge's signature*

City and state:          Baltimore, Maryland

Honorable Douglas R. Miller, US Magistrate Judge
_____
*Printed name and title*