IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | CRIMINAL NO. CJC-25-00285 |
| ADOLFO NIMROD HERNANDEZ-RAMOS, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | ******* | |

## PROTECTIVE ORDER

WHEREAS the United States has moved this Court for a Protective Order; and

WHEREAS the United States has established good cause for the Protective Order pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure,

Thus, with the consent of counsel for the Defendant, IT IS HEREBY ORDERED that the Government's Motion for a Protective Order and the relief set forth therein is GRANTED; and

IT IS FURTHER ORDERED that counsel for Defendant shall not disclose any sensitive materials, including any immigration enforcement-related target packet documents or the contents thereof, or the identity of any individuals contained therein, to the Defendant no earlier than two weeks before trial.

IT IS FURTHER ORDERED that any unredacted discovery materials referenced in the Government's Motion for Protective Order, including addresses, telephone numbers, and personal identifying information for persons who are potential subjects of immigration enforcement-related activities and/or associated with immigration relief filings, shall not be released by counsel for Defendant to anyone outside of counsel's office, including the Defendant.

IT IS SO ORDERED this __23__ day of __January_____, 2026.

_____
The Honorable Chelsea J. Crawford
United States Magistrate Judge