## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Criminal Case No. CJC-25-00285** |
| **ADOLFO NIMROD HERNANDEZ-RAMOS,** | |
| **Defendant.** | |

## MOTION TO DISMISS

The United States of America, by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 48(a) and in the exercise of its prosecutorial discretion, and for good cause, hereby moves to dismiss without prejudice the Information (ECF No. 6) in the above-captioned case, the Defendant having been removed from the United States on or about March 18, 2026.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____/s/_____

Gerald A.A. Collins
Assistant United States Attorney

36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Gerald.Collins@usdoj.gov

It is so ORDERED, this _____ day of _____ 2026.  The Information (ECF No. 6) charging the above-captioned Defendant in the above captioned matter is hereby dismissed without prejudice.

_____
Hon. Chelsea J Crawford
United States Magistrate Judge

1